## Law Offices of Irina Roller, PLLC

40 Wall Street  
New York, New York 10005

Telephone (212) 688-1100  
Facsimile (212) 706-9362  
Email: Hearings@RollerEsq.com

September 24, 2024

**VIA ECF**

Hon. Colleen McMahon  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York, NY 10007-1312

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 9/24/2024

Re: *P.A., et. al. v. New York City Department of Education, et al.*  
1:24-cv-04544 (CM)(BCM)

Dear Judge McMahon:

MEMO ENDORSED

OK  
*[signature]* Colleen McMahon  
9/24/2024

Please be advised that this firm represents the Plaintiffs in the above action. Plaintiffs brought this action seeking enforcement of an underlying Order as well as attorneys' fees, costs and expenses for legal work on multiple cases under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq. (IDEA), as well as for this action.

The parties jointly respectfully requests a 90-day stay of this action, including the in-person Initial Pretrial Conference currently scheduled for September 26, 2024 at 10:30 a.m. (ECF 8), the submission of a joint status letter by October 1, 2024 (ECF 13) and the Motion for Summary Judgment due by October 24, 2024 (ECF 13). This is the parties' first request for a stay.

The requested stay will allow the parties to continue settlement negotiations and hopefully resolve this matter without the need for a conference or motion practice.

If a stay is granted, the parties proposes the submission of a joint status letter on or before December 23, 2024 updating the Court on the status of settlement negotiations.

I thank you in advance for the Court's consideration of this request.

Respectfully submitted,

s/ _____  
Irina Roller  
*Attorneys for the Plaintiff*

cc:   All counsel for Defendant via ECF