**Law Offices of Irina Roller, PLLC**

40 Wall Street  
New York, New York 10005

Telephone (212) 688-1100  
Facsimile (212) 706-9362  
Email: Hearings@RollerEsq.com

December 23, 2024

**VIA ECF**

MEMO ENDORSED

Hon. Colleen McMahon  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York, NY 10007-1312

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 12/27/2024

Re:   P.A., et. al. v. New York City Department of Education, et al.  
       1:24-cv-04544 (CM)(BCM)

Dear Judge McMahon:

      Please be advised that this firm represents the Plaintiffs in the above action. Plaintiffs brought this action seeking enforcement of an underlying Order as well as attorneys' fees, costs and expenses for legal work on multiple cases under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq. (IDEA), as well as for this action.

      The parties jointly respectfully requests a 45-day stay of this action to allow the parties to continue settlement negotiations. If a stay is granted, the parties proposes the submission of a joint status letter on or before February 11, 2025 updating the Court on the status of settlement negotiations. This is the parties' second request for a stay. We expect if granted, the stay will allow the parties to potentially resolve this case without burdening the Court with any motion practice, conferences or even filing of an answer.

      I thank you in advance for the Court's consideration of this request.

Respectfully submitted,

s/  
Irina Roller  
*Attorneys for the Plaintiff*

cc:   All counsel for Defendant via ECF

OK

/s/ Colleen McMahon