### Law Offices of Irina Roller, PLLC

40 Wall Street
New York, New York 10005

Telephone (212) 688-1100
Facsimile (212) 706-9362
Email: Hearings@RollerEsq.com

---

February 11, 2025

**VIA ECF**

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 2/13/2025*

MEMO ENDORSED

OK

Re:    *P.A.. et. al. v. New York City Department of Education, et al.*
       24-cv-04544 (CM)(BCM)

Dear Judge McMahon:

       Please be advised that this firm represents the Plaintiffs in the above action. Plaintiffs brought this action seeking enforcement of an underlying Order as well as attorneys' fees, costs and expenses for legal work on four trials under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq. (IDEA), as well as for this action.

       The parties submit this joint status report per the Court's December 27, 2024 Order (ECF 19) and respectfully request an additional 60-day stay of this action to allow the parties to continue settlement negotiations of attorney's fees and costs. The requested stay will allow the parties to hopefully resolve this matter without burdening the Court with motion practice. This is the parties' third request for a stay.

       If the requested stay is granted, the parties proposes the submission of a joint status letter on or before April 22, 2025 updating the Court on the status of settlement negotiations.

       We thank you in advance for the Court's consideration of this request.

                                             Respectfully submitted,

                                             s/_____
                                             Irina Roller
                                             *Attorneys for the Plaintiff*

cc:    All counsel for Defendant via ECF